(No. 5536. Decided July 18, 1905.)

THE STATE OF WASHINGTON, *on the Relation of Tillie Bassett, Respondent,* v. J. A. FREASURE, *Justice of the Peace, Appellant.*[1]

APPEAL—APPEALABLE ORDERS—AMOUNT IN CONTROVERSY. The supreme court has no jurisdiction of an appeal from an order of the superior court, reversing, on certiorari, a judgment of a justice of the peace, where the original amount in controversy did not exceed $200, and the validity of a tax or statute was not involved.

Appeal from an order of the superior court for King county, Bell, J., entered October 3, 1904, after a hearing upon a writ of review, before the court without a jury, reversing and vacating the judgment of a justice of the peace. Appeal dismissed.

*W. B. Osbourn,* for appellant.

*William C. Keith,* for respondent.

PER CURIAM.—On the 1st day of October, 1904, the superior court of King county, on application for a writ of review, made an order directing one of the justices of the peace of said county to vacate and set aside a judgment theretofore rendered by said justice, and to grant a change of venue in the action in which the judgment was rendered. From this order the plaintiff appeals.

1Reported in 81 Pac. 688.

The proceeding before the justice was a civil action at law for the recovery of a money judgment, where the original amount in controversy did not exceed the sum of $200, and where the legality of a tax, impost, assessment, toll, municipal fine, or the validity of a statute was not involved. Under the plain provisions of the constitution and the numerous decisions of this court, we have no jurisdiction of this appeal. *State ex rel. Gillette v. Superior Court,* 22 Wash. 496, 61 Pac. 158; *State ex rel. Wallace v. Superior Court,* 24 Wash. 605, 64 Pac. 778.

The appeal is therefore dismissed.